**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 01-6773**

MUHAMMAD ABD SALEEM EURY,

Plaintiff - Appellant,

versus

EDWARDS; R. MORAN; NURSE SADLER; D. E. WIL-
MOUTH, in individual and official capacity; W.
BARNES, in individual and official capacity,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk.  Robert G. Doumar, Senior District
Judge.  (CA-00-933-2)

Submitted:  June 21, 2001                Decided:  July 5, 2001

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Muhammad Abd Saleem Eury, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Muhammad Abd Saleem Eury seeks to appeal the district court's order dismissing without prejudice his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. The court dismissed Eury's complaint because he failed to comply with an order directing him to submit an adequate number of copies of the complaint. Because Eury may proceed with this action by supplying an adequate number of copies of the complaint, the order in question is not a final, appealable order. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED